**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 98-6393**

JAMES M. DEBARDELEBEN,

                                 Petitioner - Appellant,

        versus

BILL  HEDRICK,  Warden;  ATTORNEY  GENERAL  OF
VIRGINIA,

                                 Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CA-97-661-AM)

Submitted:  October 8, 1998          Decided:  November 16, 1998

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

James M. DeBardeleben, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James M. DeBardeleben appeals from the district court's order denying his motion for reconsideration filed pursuant to Fed. R. Civ. P. 59(e) of the court's order denying relief on his petition filed pursuant to 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny DeBardeleben's motion to proceed in forma pauperis, deny his motion for a certificate of appealability, and dismiss the appeal, although on the alternative ground that DeBardeleben's initial petition was filed outside the one-year limitations period imposed by 28 U.S.C.A. § 2244(d)(1) (West 1994 & Supp. 1998).[*] DeBardeleben's motions "to disqualify Judges Russell, Phillips, and Murnaghan," "for hearing of appeal on original record without appendix," and "to waive 50 page brief limit" are denied as moot. DeBardeleben's motions "for decision by unbiased judge due to Clerk Connor's harassment" and "for Clerk Connor to acknowledge pleadings and terminate conspiracy to sabotage appeal" are denied as baseless. We dispense with oral argument because the facts and legal contentions are adequately presented in

---

[*] DeBardeleben's conviction became final in 1990, and he did not file his initial § 2254 petition until April 29, 1997 -- more than one year after the date the conviction became final and more than one year after the effective date of the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214.

the materials before the court and argument would not aid the decisional process.

DISMISSED